# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTER HOSPITALITY GROUP, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00396-JLT-SAB<br><br>ORDER RE: STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT PARK CROSSING II, LLC AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 8, 9) |

　　　　Abel Vera ("Plaintiff") initiated this civil action pursuant to the Americans with Disabilities Act (ADA) and California state law on April 4, 2022, against Defendants Counter Hospitality Group, LLC and Park Crossing II, LLC.  (ECF No. 1.)  On June 3, 2022, Plaintiff returned executed summons for both Defendants, indicating service was effected on April 28, 2022. (ECF Nos. 4, 5.)  Neither Defendant timely answered the complaint.  On June 8, 2022, the Clerk of the Court entered default against both Defendants at Plaintiff's request.  (ECF Nos. 6, 7, 8.)

　　　　On June 21, 2022, Plaintiff and Defendant Park Crossing II filed a stipulation to set aside the default against Defendant Park Crossing II and grant it sixty days to respond to the complaint. (ECF No. 9.)  The Court finds good cause exists to grant the stipulated relief.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Defendant Park Crossing II on June 8, 2022 (ECF No. 8), is SET ASIDE; and
2. Defendant Park Crossing II shall file a pleading responsive to the complaint no later than **August 22, 2022**.

IT IS SO ORDERED.

Dated:   **June 21, 2022**

UNITED STATES MAGISTRATE JUDGE